UNITED STATES of America,
Plaintiff–Appellee,

v.

Alberto Luis FUENTES, Defendant–
Appellant.

No. 06–50352.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 15, 2007.

Becky S. Walker, Esq., William A.
Crowfoot, Esq., Office of the U.S. Attor-

---

* This panel unanimously finds this case suitable
for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication
and is not precedent except as provided
by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable
for decision without oral argument. *See*

ney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth A. Newman, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: LEAVY, RYMER, T.G. NELSON, Circuit Judges.

## MEMORANDUM **

Alberto Luis Fuentes appeals from the district court's judgment revoking supervised release.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Fuentes's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Fuentes did not file a pro se supplemental brief and the Government did not file an answering brief.

A review of the record indicates that the appeal is moot because the custodial term has ended and appellant was not sentenced to a term of supervised release to follow his custodial sentence. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is granted.

**APPEAL DISMISSED.**

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.